# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-42934 MBM  
**Case Name:** ZEBRA GROUP, INC.

**Trustee:** (420180) K. Jin Lim, Trustee  
**Filed (f) or Converted (c):** 02/26/14 (f)  
**§341(a) Meeting Date:** 04/03/14  

**Period Ending:** 09/30/16  
**Claims Bar Date:** 06/16/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  3300 GREENFIELD, DEARBORN, MI 48120, *BUSINESS<br>    p/o 04/14/14 | 550,000.00 | 450,000.00 | | 450,000.00 | FA |
| 2  5115 MEAD, DEARBORN, MI 48126, *RENTAL PROPERTY<br>    p/o 11/05/14 | 60,000.00 | 20,000.00 | | 25,100.00 | FA |
| 3  REBATE MONEY OWED FROM MICHIGAN FUELS, INC. | 8,000.00 | 0.00 | | 0.00 | FA |
| 4  RENTAL INCOME OF $3,500 PER MONTH FROM C & A Fuel | Unknown | 9,000.00 | | 8,450.00 | FA |
| 5  PROPERTY TAXES FROM C & A FUEL STOP, LLC  3300 GREENFIELD | Unknown | 0.00 | | 0.00 | FA |
| 6  RENTAL INCOME OF $485.31 PER MONTH FROM 5115 MEAD PROPERTY | Unknown | 5,000.00 | | 5,832.00 | FA |
| 7  CLAIM AGAINST C & A FUEL STOP, LLC FOR BREACH OF | Unknown | 0.00 | | 0.00 | FA |
| 8  6 PUMPS, 4 TANKS UNDERGROUND, VEEDER ROOT, HOSES<br>    included with asset #1 per order | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 9  Claim against David Berry 14-55608 (u) | 3,000.00 | 3,000.00 | | 0.00 | 3,000.00 |
| 9  Assets  Totals (Excluding unknown values) | $624,000.00 | $490,000.00 | | $489,382.00 | $3,000.00 |

**Major Activities Affecting Case Closing:**

10/17/16 awaiting dividend from Berry bankruptcy (approx $10,000). ks  
07/06/16 claim vs David Berry estate estimated to be resolved in 30-60 days. ks  
04/14/16 waiting for distribution from David Berry Bankruptcy estate; otherwise ready to close. ks  
02/04/16 awaiting dividend distribution from David Berry bankruptcy; claims reviewed. ks  
09/30/15 all claims paid in full by interim distribution; CPA hired to file estate returns. ks  
07/22/15 claim vs David Berry bankruptcy 14-55608 still pending. ks  
04/15/15 land contract closed; pursuing claim against estate of David Berry. ks  
01/28/15 land contract sale approved, closing in progress; BR 2004 discovery regarding claims of related parties and disposition of debtor's rental income; objections to claims; pursuing claim against Davis Berry 14-55608. ks  
10/15/14 land contract sale pending; collecting payments (debtor is current). ks  
07/25/14 collecting land contract payments; BR 2004 discovery re: claims of related parties and disposition of debtor's rental income; sale of gas station closed. ks

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-42934 MBM  
**Case Name:** ZEBRA GROUP, INC.

**Trustee:** (420180) K. Jin Lim, Trustee  
**Filed (f) or Converted (c):** 02/26/14 (f)  
**§341(a) Meeting Date:** 04/03/14

**Period Ending:** 09/30/16

**Claims Bar Date:** 06/16/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

04/01/14 sale of gas station pending; assumption and assignment of lease. ks  
03/10/14 investigate business. ks

**Initial Projected Date Of Final Report (TFR):** December 30, 2015　　**Current Projected Date Of Final Report (TFR):** March 30, 2017

_____  
October 21, 2016  
Date

/s/ K. Jin Lim, Trustee  
_____  
K. Jin Lim, Trustee

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-42934 MBM  
**Case Name:** ZEBRA GROUP, INC.  
**Taxpayer ID #:** **-***5178  
**Period Ending:** 09/30/16

**Trustee:** K. Jin Lim, Trustee (420180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/14 | {4} | C & A Fuel Stop | rent for Greenfield property | 1122-000 | 4,950.00 | | 4,950.00 |
| 03/12/14 | {1} | Bilal Saad | deposit for 3300 Greenfield | 1110-000 | 25,000.00 | | 29,950.00 |
| 03/19/14 | {6} | Mahmoud Alley | cash to Schneider Miller, P.C. , and check issue from Schneider Miller, P.C. | 1122-000 | 486.00 | | 30,436.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.65 | 30,412.35 |
| 04/07/14 | {4} | Mobil C & A Inc | rent payment | 1122-000 | 3,500.00 | | 33,912.35 |
| 04/08/14 | 101 | Community Financial | Cost of research and subpoenaed documents per invoice dated 04/07/14 | 2990-000 | | 170.00 | 33,742.35 |
| 04/14/14 | {6} | Schneider Miller, P.C. (Mark Alley) | land contract payment (cash received by attorney) | 1122-000 | 486.00 | | 34,228.35 |
| 04/21/14 | | eTitle | proceeds from sale of 3300 Greenfield p/o 04/14/14 | | 423,599.96 | | 457,828.31 |
| | {1} | | sale proceeds p/o 04/14/14 ($25,000 earnest deposit was received on 03/12/14)  425,000.00 | 1110-000 | | | 457,828.31 |
| | | | rent proration 12 days at $116.67  -1,400.04 | 2410-000 | | | 457,828.31 |
| 04/28/14 | 102 | Heather Berry and Estate of Yesan Berry | secured claim p/o 06/13/14 | 4110-000 | | 334,000.00 | 123,828.31 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.01 | 123,615.30 |
| 05/02/14 | {6} | Mr. Spotless, Inc. | May 2014 rent re: 5115 Mead (Mahmoud Mell Alley) | 1122-000 | 486.00 | | 124,101.30 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.38 | 123,922.92 |
| 06/04/14 | {6} | Mr. Spotless, Inc. | land contract payment for June | 1122-000 | 486.00 | | 124,408.92 |
| 06/13/14 | 103 | Heather Berry and Estate of Yesan Berry | secured claim p/o 06/13/14<br>Voided on 06/13/14 | 4110-000 | | 56,415.00 | 67,993.92 |
| 06/13/14 | 103 | Heather Berry and Estate of Yesan Berry | secured claim p/o 06/13/14<br>Voided: check issued on 06/13/14 | 4110-000 | | -56,415.00 | 124,408.92 |
| 06/13/14 | 104 | Heather Berry and Estate of Yesan Berry | secured claim p/o 06/13/14 | 4110-000 | | 56,415.00 | 67,993.92 |
| 06/30/14 | {6} | Mr. Spotless, Inc, | land contract payment for July | 1122-000 | 486.00 | | 68,479.92 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 145.79 | 68,334.13 |
| 07/29/14 | 105 | Schneider Miller P.C. | Partial first interim fees to Trustee's Counsel p/o 07/15/14 (balance due $32,676) | 3210-000 | | 30,000.00 | 38,334.13 |
| 07/29/14 | 106 | Schneider Miller P.C. | Reimbursement of expenes to Trustee's Counsel p/o 07/15/14 | 3220-000 | | 99.90 | 38,234.23 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.05 | 38,126.18 |

Subtotals : $459,479.96  $421,353.78

{} Asset reference(s)  14-42934-mbm  Doc 141  Filed 10/24/16  Entered 10/24/16 10:56:41  Page 3 of 5  
Printed: 10/21/2016 10:00 AM  V.13.28

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 14-42934 MBM | | Trustee: | K. Jin Lim, Trustee (420180) |
|---|---|---|---|---|
| Case Name: | ZEBRA GROUP, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0966 - Checking Account |
| Taxpayer ID #: | **-***5178 | | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 09/30/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/04/14 | {6} | Mr. Spotless, Inc, | 5115 Mead rent payment for Aug | 1122-000 | 486.00 | | 38,612.18 |
| 08/28/14 | 107 | Hanson/Renaissance Court Reporters & Video | court reporting services; invoice # 436472 dated 08/23/14 | 2990-000 | | 137.50 | 38,474.68 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.01 | 38,419.67 |
| 09/02/14 | {6} | Mr. Spotless, Inc. | payment for Sept | 1122-000 | 486.00 | | 38,905.67 |
| 09/11/14 | 108 | Luzod Reporting Service, Inc. | court reporting services; invoice #78171 dated 09/11/14 | 2990-000 | | 125.00 | 38,780.67 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.50 | 38,721.17 |
| 10/10/14 | 109 | Chirco Title Agency Inc. | ALTA owners policy (C-132793); Invoice dated 10/08/14 | 2500-000 | | 250.00 | 38,471.17 |
| 10/24/14 | {6} | Mr. Spotless, Inc. | land contract payment for Oct | 1122-000 | 486.00 | | 38,957.17 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.46 | 38,899.71 |
| 11/04/14 | {6} | Mr. Spotless Inc. | land contract payment for Nov | 1122-000 | 486.00 | | 39,385.71 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.86 | 39,334.85 |
| 12/05/14 | {6} | Mr. Spotless, Inc. | land contract payment for Dec. | 1122-000 | 486.00 | | 39,820.85 |
| 12/05/14 | 110 | Goldstein Bershad & Fried, PC | interim distribution #2 p/o 12/3/14 | 7100-000 | | 2,000.00 | 37,820.85 |
| 12/05/14 | 111 | Internal Revene Service | interim distribution #4 p/o 12/3/14 | 7100-000 | | 195.00 | 37,625.85 |
| 12/05/14 | 112 | Schneider Miller P.C. | 1st interim fees-attorney for trustee p/o 7/15/14 | 3210-000 | | 32,676.00 | 4,949.85 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.66 | 4,920.19 |
| 01/19/15 | {6} | Mr. Spotless, Inc. | land contract payment for Jan 2015 | 1122-000 | 486.00 | | 5,406.19 |
| 01/29/15 | {2} | Chirco Title Agency Inc. | sale of vendor's interest in land contract for 5115 Mead p/o 11/05/14 | 1110-000 | 25,100.00 | | 30,506.19 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 30,496.19 |
| 02/09/15 | {6} | Mr. Spotless, Inc. | land contract payment (last one) | 1122-000 | 486.00 | | 30,982.19 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.33 | 30,940.86 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.46 | 30,893.40 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.43 | 30,848.97 |
| 05/05/15 | 113 | Chapski & Chapski CPAs LLP | Payment of fees to Trustee's Accountant p/o 05/04/15 [docket #133] | 3410-000 | | 525.00 | 30,323.97 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.36 | 30,281.61 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.45 | 30,235.16 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.93 | 30,190.23 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.97 | 30,148.26 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.25 | 30,102.01 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.29 | 30,058.72 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.79 | 30,016.93 |
| 12/17/15 | 114 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 34.41 | 29,982.52 |

Subtotals : $28,502.00   $36,645.66

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 14-42934 MBM  
**Case Name:** ZEBRA GROUP, INC.  

**Taxpayer ID #:** **-***5178  
**Period Ending:** 09/30/16  

**Trustee:** K. Jin Lim, Trustee (420180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 12/17/2015 FOR CASE #14-42934 | | | | |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.47 | 29,935.05 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.51 | 29,893.54 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.44 | 29,852.10 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.10 | 29,805.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.32 | 29,763.68 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.26 | 29,722.42 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.90 | 29,675.52 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.14 | 29,634.38 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.75 | 29,587.63 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.44 | 29,545.19 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 487,981.96 | 458,436.77 | $29,545.19 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 487,981.96 | 458,436.77 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $487,981.96 | $458,436.77 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******0966 | 487,981.96 | 458,436.77 | 29,545.19 |
| | $487,981.96 | $458,436.77 | $29,545.19 |

October 21, 2016  
Date

/s/ K. Jin Lim, Trustee  
K. Jin Lim, Trustee

{} Asset reference(s)  14-42934-mbm  Doc 141  Filed 10/24/16  Entered 10/24/16 10:56:41  Page 5 of 5  
Printed: 10/21/2016 10:00 AM  V.13.28