In re:  ZEBRA GROUP, INC.          §     Case No. 14-42934
                                   §
                                   §
                                   §
          Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

K. Jin  Lim, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $11,000.00 | Assets Exempt:  NA |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:  $392,610.00 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  $107,436.07 | |

3) Total gross receipts of $500,046.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $500,046.07 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $652,791.15 | $509,357.56 | $390,415.00 | $390,415.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $124,170.07 | $124,170.07 | $107,436.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $9,359.61 | $83,595.48 | $2,195.00 | $2,195.00 |
| **TOTAL DISBURSEMENTS** | $662,150.76 | $717,123.11 | $516,780.07 | $500,046.07 |

4) This case was originally filed under chapter 7 on 02/26/2014.  The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     02/14/2017

By: /s/ K. Jin  Lim

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5115 MEAD, DEARBORN, MI 48126 | 1110-000 | $25,100.00 |
| RENTAL INCOME OF $3,500 PER MONTH FROM | 1122-000 | $8,450.00 |
| RENTAL INCOME OF $485.31 PER MONTH FROM | 1122-000 | $5,832.00 |
| 3300 GREENFIELD, DEARBORN, MI 48120, *BUSINESS | 1110-000 | $450,000.00 |
| Claim against David Berry 14-55608 | 1229-000 | $10,664.07 |
| **TOTAL GROSS RECEIPTS** | | **$500,046.07** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Estate of Yesan Berry; Heather Berry | 4210-000 | $317,786.62 | $509,357.56 | $390,415.00 | $390,415.00 |
| N/F | City of Dearborn | 4110-000 | $17,217.91 | NA | NA | NA |
| N/F | Douglas R. Swatosh | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Estate of Yesan Berry c/o Heather Berry | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Estate of Yesan Berry; Heather Berry | 4110-000 | $317,786.62 | NA | NA | NA |
| N/F | Gold Lange & Majoros PC | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Joseph F. Yamin, Esq. Lambert Leser | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Stephen C. Cooper | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Stephen M. Landau, P.C. Stephen M. | 4110-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$652,791.15** | **$509,357.56** | **$390,415.00** | **$390,415.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - K. Jin Lim, Trustee | 2100-000 | NA | $28,252.30 | $28,252.30 | $24,284.52 |
| Trustee, Expenses - K. Jin Lim, Trustee | 2200-000 | NA | $75.00 | $75.00 | $64.47 |
| Bond Payments - Insurance Partners Agency, Inc. | 2300-000 | NA | $34.41 | $34.41 | $34.41 |
| Administrative Rent (post-petition storage fees, leases) - eTitle | 2410-000 | NA | $1,400.04 | $1,400.04 | $1,400.04 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Chirco Title Agency Inc. | 2500-000 | NA | $250.00 | $250.00 | $250.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,849.92 | $1,849.92 | $1,849.92 |
| Other Chapter 7 Administrative Expenses - Community Financial | 2990-000 | NA | $170.00 | $170.00 | $170.00 |
| Other Chapter 7 Administrative Expenses - Hanson/Renaissance Court Reporters & Video | 2990-000 | NA | $137.50 | $137.50 | $137.50 |
| Other Chapter 7 Administrative Expenses - Luzod Reporting Service, Inc. | 2990-000 | NA | $125.00 | $125.00 | $125.00 |
| Attorney for Trustee Fees (Other Firm) - Schneider Miller P.C. | 3210-000 | NA | $90,678.00 | $90,678.00 | $77,943.08 |
| Attorney for Trustee Expenses (Other Firm) - Schneider Miller P.C. | 3220-000 | NA | $147.90 | $147.90 | $127.13 |
| Accountant for Trustee Fees (Other Firm) - Chapski & Chapski CPAs LLP | 3410-000 | NA | $1,050.00 | $1,050.00 | $1,050.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$124,170.07** | **$124,170.07** | **$107,436.07** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Latifa Berry | 7100-000 | $0.00 | $77,160.00 | $0.00 | $0.00 |
| 3 | Goldstein Bershad & Fried PC | 7100-000 | $9,359.61 | $6,240.48 | $2,000.00 | $2,000.00 |
| 4 | Internal Revenue Service | 7100-000 | $0.00 | $195.00 | $195.00 | $195.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$9,359.61** | **$83,595.48** | **$2,195.00** | **$2,195.00** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.:  14-42934

Case Name:  ZEBRA GROUP, INC.

Trustee Name:  (420180) K. Jin Lim

Date Filed (f) or Converted (c):  02/26/2014 (f)

§ 341(a) Meeting Date:  04/03/2014

For Period Ending:  02/14/2017

Claims Bar Date:  06/16/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3300 GREENFIELD, DEARBORN, MI 48120, *BUSINESS<br>p/o 04/14/14 | 550,000.00 | 450,000.00 | | 450,000.00 | FA |
| 2 | 5115 MEAD, DEARBORN, MI 48126<br>interest in land contract p/o 11/05/14 | 60,000.00 | 20,000.00 | | 25,100.00 | FA |
| 3 | REBATE MONEY OWED FROM MICHIGAN FUELS, INC. | 8,000.00 | 0.00 | | 0.00 | FA |
| 4 | RENTAL INCOME OF $3,500 PER MONTH FROM<br>C & A Fuel | Unknown | 9,000.00 | | 8,450.00 | FA |
| 5 | PROPERTY TAXES FROM C & A FUEL STOP, LLC<br>3300 GREENFIELD | Unknown | 0.00 | | 0.00 | FA |
| 6 | RENTAL INCOME OF $485.31 PER MONTH FROM<br>5115 MEAD PROPERTY | Unknown | 5,000.00 | | 5,832.00 | FA |
| 7 | CLAIM AGAINST C & A FUEL STOP, LLC FOR BREACH OF | Unknown | 0.00 | | 0.00 | FA |
| 8 | 6 PUMPS, 4 TANKS UNDERGROUND, VEEDER ROOT,<br>HOSES<br>included with asset #1 per order | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 9 | Claim against David Berry 14-55608 (u) | 3,000.00 | 3,000.00 | | 10,664.07 | FA |
| 9 | **Assets**     **Totals**     (Excluding unknown values) | **$624,000.00** | **$490,000.00** | | **$500,046.07** | **$0.00** |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**  14-42934

**Case Name:**  ZEBRA GROUP, INC.

**For Period Ending:**  02/14/2017

**Trustee Name:**  (420180) K. Jin Lim

**Date Filed (f) or Converted (c):**  02/26/2014 (f)

**§ 341(a) Meeting Date:**  04/03/2014

**Claims Bar Date:**  06/16/2014

**Major Activities Affecting Case Closing:**

Claims have been reviewed. Case is ready to be closed.
10/17/16 awaiting dividend from Berry bankruptcy (approx $10,000). ks
07/06/16 claim vs David Berry estate estimated to be resolved in 30-60 days. ks
04/14/16 waiting for distribution from David Berry Bankruptcy estate; otherwise ready to close. ks
02/04/16 awaiting dividend distribution from David Berry bankruptcy; claims reviewed. ks
09/30/15 all claims paid in full by interim distribution; CPA hired to file estate returns. ks
07/22/15 claim vs David Berry bankruptcy 14-55608 still pending. ks
04/15/15 land contract closed; pursuing claim against estate of David Berry. ks
01/28/15 land contract sale approved, closing in progress; BR 2004 discovery regarding claims of related parties and disposition of debtor's rental income; objections to claims; pursuing claim against Davis Berry 14-55608. ks
10/15/14 land contract sale pending; collecting payments (debtor is current). ks
07/25/14 collecting land contract payments; BR 2004 discovery re: claims of related parties and disposition of debtor's rental income; sale of gas station closed. ks
04/01/14 sale of gas station pending; assumption and assignment of lease. ks
03/10/14 investigate business. ks

**Initial Projected Date Of Final Report (TFR):**        12/30/2015

**Current Projected Date Of Final Report (TFR):**        11/23/2016 (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-42934 | |
| **Case Name:** | ZEBRA GROUP, INC. | |
| **Taxpayer ID #:** | **-***5178 | |
| **For Period Ending:** | 02/14/2017 | |

| | |
|---|---|
| **Trustee Name:** | K. Jin Lim (420180) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0966 Checking Account |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/10/2014 | {4} | C & A Fuel Stop | rent for Greenfield property | 1122-000 | 4,950.00 | | 4,950.00 |
| 03/12/2014 | {1} | Bilal Saad | earnest deposit for 3300 Greenfield | 1110-000 | 25,000.00 | | 29,950.00 |
| 03/19/2014 | {6} | Mahmoud Alley | cash to Schneider Miller, P.C. , and check issued from Schneider Miller, P.C. | 1122-000 | 486.00 | | 30,436.00 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.65 | 30,412.35 |
| 04/07/2014 | {4} | Mobil C & A Inc | rent payment | 1122-000 | 3,500.00 | | 33,912.35 |
| 04/08/2014 | 101 | Community Financial | Cost of research and subpoenaed documents per invoice dated 04/07/14 | 2990-000 | | 170.00 | 33,742.35 |
| 04/14/2014 | {6} | Schneider Miller, P.C. (Mark Alley) | land contract payment (cash received by attorney) | 1122-000 | 486.00 | | 34,228.35 |
| 04/21/2014 | | eTitle | net proceeds from sale of 3300 Greenfield p/o 04/14/14 | | 423,599.96 | | 457,828.31 |
| | {1} | | gross proceeds p/o 04/14/14 ($25,000 earnest deposit was received on 03/12/14) $425,000.00 | 1110-000 | | | 457,828.31 |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-42934 | |
| **Case Name:** | ZEBRA GROUP, INC. | |
| **Taxpayer ID #:** | **-***5178 | |
| **For Period Ending:** | 02/14/2017 | |

| | |
|---|---|
| **Trustee Name:** | K. Jin Lim (420180) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0966 Checking Account |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | rent proration 12 days at $116.67 | 2410-000 | | | 457,828.31 |
| | | | -$1,400.04 | | | | |
| 04/28/2014 | 102 | Heather Berry and Estate of Yesan Berry | secured claim p/o 06/13/14 | 4210-000 | | 334,000.00 | 123,828.31 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.01 | 123,615.30 |
| 05/02/2014 | {6} | Mr. Spotless, Inc. | May 2014 rent re: 5115 Mead (Mahmoud Mell Alley) | 1122-000 | 486.00 | | 124,101.30 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.38 | 123,922.92 |
| 06/04/2014 | {6} | Mr. Spotless, Inc. | land contract payment for June | 1122-000 | 486.00 | | 124,408.92 |
| 06/13/2014 | 103 | Heather Berry and Estate of Yesan Berry | secured claim p/o 06/13/14 Voided on 06/13/2014 | 4110-000 | | 56,415.00 | 67,993.92 |
| 06/13/2014 | 103 | Heather Berry and Estate of Yesan Berry | secured claim p/o 06/13/14 Voided: check issued on 06/13/2014 | 4110-000 | | -56,415.00 | 124,408.92 |
| 06/13/2014 | 104 | Heather Berry and Estate of Yesan Berry | secured claim p/o 06/13/14 | 4210-000 | | 56,415.00 | 67,993.92 |
| 06/30/2014 | {6} | Mr. Spotless, Inc, | land contract payment for July | 1122-000 | 486.00 | | 68,479.92 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                      *! - transaction has not been cleared*

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 14-42934 | **Trustee Name:** | K. Jin Lim (420180) | |
| **Case Name:** | ZEBRA GROUP, INC. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***5178 | **Account #:** | ******0966 Checking Account | |
| **For Period Ending:** | 02/14/2017 | **Blanket Bond (per case limit):** | $2,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 145.79 | 68,334.13 |
| 07/29/2014 | 105 | Schneider Miller P.C. | Partial first interim fees to Trustee's Counsel p/o 07/15/14 (balance due $32,676) | 3210-000 | | 30,000.00 | 38,334.13 |
| 07/29/2014 | 106 | Schneider Miller P.C. | Reimbursement of expenes to Trustee's Counsel p/o 07/15/14 | 3220-000 | | 99.90 | 38,234.23 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.05 | 38,126.18 |
| 08/04/2014 | {6} | Mr. Spotless, Inc, | 5115 Mead rent payment for Aug | 1122-000 | 486.00 | | 38,612.18 |
| 08/28/2014 | 107 | Hanson/Renaissance Court Reporters & Video | court reporting services; invoice # 436472 dated 08/23/14 | 2990-000 | | 137.50 | 38,474.68 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.01 | 38,419.67 |
| 09/02/2014 | {6} | Mr. Spotless, Inc. | payment for Sept | 1122-000 | 486.00 | | 38,905.67 |
| 09/11/2014 | 108 | Luzod Reporting Service, Inc. | court reporting services; invoice #78171 dated 09/11/14 | 2990-000 | | 125.00 | 38,780.67 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.50 | 38,721.17 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                                        *! - transaction has not been cleared*

Exhibit 9

Page:  4

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-42934 | |
| **Case Name:** | ZEBRA GROUP, INC. | |
| **Taxpayer ID #:** | **-***5178 | |
| **For Period Ending:** | 02/14/2017 | |

| | |
|---|---|
| **Trustee Name:** | K. Jin Lim (420180) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0966 Checking Account |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/10/2014 | 109 | Chirco Title Agency Inc. | ALTA owners policy (C-132793); Invoice dated 10/08/14 | 2500-000 | | 250.00 | 38,471.17 |
| 10/24/2014 | {6} | Mr. Spotless, Inc. | land contract payment for Oct | 1122-000 | 486.00 | | 38,957.17 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.46 | 38,899.71 |
| 11/04/2014 | {6} | Mr. Spotless Inc. | land contract payment for Nov | 1122-000 | 486.00 | | 39,385.71 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.86 | 39,334.85 |
| 12/05/2014 | {6} | Mr. Spotless, Inc. | land contract payment for Dec. | 1122-000 | 486.00 | | 39,820.85 |
| 12/05/2014 | 110 | Goldstein Bershad & Fried, PC | unsecured claim p/o 12/3/14 | 7100-000 | | 2,000.00 | 37,820.85 |
| 12/05/2014 | 111 | Internal Revene Service | unsecured claim p/o 12/3/14 | 7100-000 | | 195.00 | 37,625.85 |
| 12/05/2014 | 112 | Schneider Miller P.C. | balance of first interim fees to Trustee's attorney p/o 7/15/14 | 3210-000 | | 32,676.00 | 4,949.85 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.66 | 4,920.19 |
| 01/19/2015 | {6} | Mr. Spotless, Inc. | land contract payment for Jan 2015 | 1122-000 | 486.00 | | 5,406.19 |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 14-42934 | **Trustee Name:** | K. Jin Lim (420180) | | |
| **Case Name:** | ZEBRA GROUP, INC. | **Bank Name:** | Rabobank, N.A. | | |
| **Taxpayer ID #:** | **-***5178 | **Account #:** | ******0966 Checking Account | | |
| **For Period Ending:** | 02/14/2017 | **Blanket Bond (per case limit):** | $2,000,000.00 | | |
| | | **Separate Bond (if applicable):** | N/A | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/29/2015 | {2} | Chirco Title Agency Inc. | sale of vendor's interest in land contract for 5115 Mead p/o 11/05/14 | 1110-000 | 25,100.00 | | 30,506.19 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 30,496.19 |
| 02/09/2015 | {6} | Mr. Spotless, Inc. | land contract payment (last one) | 1122-000 | 486.00 | | 30,982.19 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.33 | 30,940.86 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.46 | 30,893.40 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.43 | 30,848.97 |
| 05/05/2015 | 113 | Chapski & Chapski CPAs LLP | Payment of fees to Trustee's Accountant p/o 05/04/15 [docket #133] | 3410-000 | | 525.00 | 30,323.97 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.36 | 30,281.61 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.45 | 30,235.16 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.93 | 30,190.23 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.97 | 30,148.26 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.25 | 30,102.01 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                    *! - transaction has not been cleared*

Exhibit 9

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-42934 | |
| **Case Name:** | ZEBRA GROUP, INC. | |
| **Taxpayer ID #:** | **-***5178 | |
| **For Period Ending:** | 02/14/2017 | |

| | |
|---|---|
| **Trustee Name:** | K. Jin Lim (420180) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0966 Checking Account |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.29 | 30,058.72 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.79 | 30,016.93 |
| 12/17/2015 | 114 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/17/2015 FOR CASE #14-42934 | 2300-000 | | 34.41 | 29,982.52 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.47 | 29,935.05 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.51 | 29,893.54 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.44 | 29,852.10 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.10 | 29,805.00 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.32 | 29,763.68 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.26 | 29,722.42 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.90 | 29,675.52 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.14 | 29,634.38 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.75 | 29,587.63 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-42934 | |
| **Case Name:** | ZEBRA GROUP, INC. | |
| **Taxpayer ID #:** | **-***5178 | |
| **For Period Ending:** | 02/14/2017 | |

| | |
|---|---|
| **Trustee Name:** | K. Jin Lim (420180) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0966 Checking Account |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.44 | 29,545.19 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.96 | 29,504.23 |
| 11/10/2016 | {9} | Kenneth Nathan, Trustee of David Berry | dividend from David Berry bankruptcy | 1229-000 | 10,664.07 | | 40,168.30 |
| 11/18/2016 | 115 | Chapski & Chapski CPAs LLP | Second and final fees to Trustee's Accountant p/o 11/18/16 | 3410-000 | | 525.00 | 39,643.30 |
| 01/03/2017 | 116 | K. Jin Lim, Trustee | Distribution payment - Dividend paid at 85.96% of $28,252.30; Claim # FEE; Filed: $28,252.30 | 2100-000 | | 24,284.52 | 15,358.78 |
| 01/03/2017 | 117 | K. Jin Lim, Trustee | Distribution payment - Dividend paid at 85.96% of $75.00; Claim # TE; Filed: $75.00 | 2200-000 | | 64.47 | 15,294.31 |
| 01/03/2017 | 118 | Schneider Miller P.C. | Distribution payment - Dividend paid at 16.84% of $90,678.00; Claim # ; Filed: $90,678.00 | 3210-000 | | 15,267.08 | 27.23 |
| 01/03/2017 | 119 | Schneider Miller P.C. | Distribution payment - Dividend paid at 18.41% of $147.90; Claim # ; Filed: $147.90 | 3220-000 | | 27.23 | 0.00 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                              *! - transaction has not been cleared*

Exhibit 9

Page: 8

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-42934 | | | Trustee Name: | K. Jin Lim (420180) |
| Case Name: | ZEBRA GROUP, INC. | | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5178 | | | Account #: | ******0966 Checking Account |
| For Period Ending: | 02/14/2017 | | | Blanket Bond (per case limit): | $2,000,000.00 |
| | | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 498,646.03 | 498,646.03 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 498,646.03 | 498,646.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $498,646.03 | $498,646.03 | |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                        *! - transaction has not been cleared*

Exhibit 9
Page: 9

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 14-42934 | **Trustee Name:** | K. Jin Lim (420180) |
| **Case Name:** | ZEBRA GROUP, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5178 | **Account #:** | ******0966 Checking Account |
| **For Period Ending:** | 02/14/2017 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $498,646.03 |
| Plus Gross Adjustments: | $1,400.04 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $500,046.07 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******0966 Checking Account | $498,646.03 | $498,646.03 | $0.00 |
| | **$498,646.03** | **$498,646.03** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**